| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                               Cr. S-03-00272-01 FCD

   vs.                                     ORDER FOR RELEASE OF PERSON IN CUSTODY

JEREMY SHANE KNIGHT,

        Defendant.
_____/

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release JEREMY SHANE KNIGHT, Case No. Cr. S-03-00272 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

     X    Release on Personal Recognizance - **Release date: May 8, 2007**

    ___  Bail Posted in the Sum of $ [ ]

        ___  Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

1       ___    Corporate Surety Bail Bond

2       _X_    (Other): The defendant to remain on Supervised Release previously ordered

3 on October 27, 2003 and additional conditions as set forth in the separate

4 Judgment to be issued. Defendant shall be released from custody on

5 May 8, 2007.

6 Issued at Sacramento, CA on May 7, 2007 at 10:21 a.m.

8 Dated: May 7, 2007

12                         FRANK C. DAMRELL, JR.
                             UNITED STATES DISTRICT JUDGE

26 KNIGHT Order release TSR violstion.wpd         2